

# United States District Court
# Eastern District of California

| John Wade |
|---|
Plaintiff(s)

Case Number: 2:25-cv-01071-TLN-CKD

V.

| Toyota Motor North America, Inc., et al. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ethan D. Roman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff John Wade

On 03/30/2015 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/22/2025        Signature of Applicant: /s/ Ethan D. Roman

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Ethan D. Roman |
| Law Firm Name: | Wittels McInturff Palikovic |
| Address: | 305 Broadway, 7th Floor |
| City: | New York    State: NY    Zip: 10007 |
| Phone Number w/Area Code: | (914) 775-8862 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | edr@wittelslaw.com |
| Secondary E-mail Address: | case@wittelslaw.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew Melamed |
| Law Firm Name: | Keller Rohrback L.L.P. |
| Address: | 180 Grand Avenue, Suite 1380 |
| City: | Oakland    State: CA    Zip: 94612 |
| Phone Number w/Area Code: | (510) 463-3900    Bar #: 260272 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 23, 2025

_____
JUDGE, U.S. DISTRICT COURT