MORGAN, LEWIS & BOCKIUS LLP
David L. Schrader, Bar No. 149638
david.schrader@morganlewis.com
Lisa R. Weddle, Bar No. 259050
lisa.weddle@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:    +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendants
TOYOTA MOTOR NORTH AMERICA INC.;
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA; and
TOYOTA MOTOR SALES, U.S.A., INC.

[Additional Counsel for the Parties Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WADE,<br><br>                              Plaintiff,<br><br>          vs.<br><br>TOYOTA MOTOR NORTH AMERICA INC.;<br>TOYOTA MOTOR ENGINEERING &<br>MANUFACTURING NORTH AMERICA;<br>and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>                              Defendants. | Case No. 2:25-cv-01071-TLN-CKD<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT; ORDER**<br><br>Chief Judge:         Hon. Troy L. Nunley<br><br>Complaint Filed:   April 10, 2025 |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1

STIP. TO EXTEND DEFENDANTS'
DEADLINE TO RESPOND TO COMPL.
2:25-CV-01071-TLN-CKD

Pursuant to E.D. Cal. L.R. 143 and 144, Plaintiff John Wade and Defendants Toyota Motor North America Inc., Toyota Motor Engineering & Manufacturing North America and Toyota Motor Sales, U.S.A., Inc. ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, stipulate and agree as follows:

**WHEREAS**, on April 10, 2025, Plaintiff's counsel in this case filed a complaint ("Complaint") against Defendants in the United States District Court for the Eastern District of California, captioned *John Wade, et al., v. Toyota Motor North America Inc., et. al.,* No. 2:25-cv-01071-TLN-CKD (the "Action");

**WHEREAS**, on April 14, 2025, Plaintiff served the Summons and Complaint on each of the Defendants;

**WHEREAS**, as of April 28, 2025, Defendants retained counsel to represent them in this Action;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), the deadline for Defendants to respond to the Complaint currently is May 5, 2025;

**WHEREAS**, counsel for the Parties have met and conferred regarding Defendants' deadline to respond to the Complaint and agreed to seek the Court's approval that Defendants may have up to and including July 3, 2025, to respond to the Complaint to allow Defendants sufficient time to evaluate and respond to the ten counts; and

**WHEREAS**, no previous extensions of Defendants' time to respond to the Complaint have been requested in the Action.

**IT IS HEREBY STIPULATED** by and between the Parties that Defendants' responses to the Complaint shall be filed on or before July 3, 2025.

///
///
///
///
///
///

| | | |
|---|---|---|
| Dated: April 30, 2025 | | MORGAN, LEWIS & BOCKIUS LLP<br>David L. Schrader<br>Lisa R. Weddle |

By    */s/ Lisa R. Weddle*
      Lisa R. Weddle

Attorneys for Defendants
TOYOTA MOTOR NORTH AMERICA INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA; and TOYOTA MOTOR SALES, U.S.A., INC.

Dated: April 30, 2025

KELLER ROHRBACK L.L.P.
Ryan McDevitt (*pro hac vice*)
Matthew Melamed (Bar No. 260272)

SHUB JOHNS & HOLBROOK LLP
Jonathan Shub (Bar No. 237708)
Benjamin E. Johns (*pro hac vice*)
Samantha E. Holbrook (*pro hac vice*)

WITTELS MCINTURFF PALIKOVIC
Ethan D. Roman (*pro hac vice*)

By    */s/ Ryan McDevitt*
      Ryan McDevitt

Attorneys for Plaintiff
JOHN WADE

In accordance with the foregoing stipulation **IT IS SO ORDERED.**

Dated: April 30, 2025

_____
Troy L. Nunley
Chief United States District Judge