UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WADE,<br><br>        Plaintiff,<br><br>   v.<br><br>TOYOTA MOTOR NORTH AMERICA INC.; TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC.; AND TOYOTA MOTOR SALES, U.S.A., INC,<br><br>        Defendants. | No. 2:25-cv-01071-TLN-CKD<br><br>**RELATED CASE ORDER** |
| FRANKLIN HUFFMAN, DANIELLE BULS, CLAUDIA DIEZ, AND MATTHEW KULL,<br><br>        Plaintiffs,<br><br>   v.<br><br>SUBARU OF AMERICA, INC.,<br><br>        Defendant. | No. 2:25-cv-01453-TLN-JDP |

1

1        Examination of the above-captioned actions reveals they are related within the meaning of
2 Local Rule 123(a).  The assignment of these matters to the same judge is likely to effect a
3 substantial savings of judicial effort and is likely to be convenient for the parties.
4        Relating the cases under Local Rule 123, however, merely has the result that both actions
5 are assigned to the same judge, it does not consolidate the actions.  Under the regular practice of
6 this Court, related cases are generally assigned to the judge and magistrate judge to whom the
7 first filed action was assigned.  Should either party wish to consolidate the actions, the
8 appropriate motion or stipulation must be filed.
9        IT IS THEREFORE ORDERED that the action denominated 2:25-cv-01453-TLN-JDP is
10 reassigned to District Judge Troy L. Nunley and Magistrate Judge Carolyn K. Delaney, and the
11 caption shall read 2:25-cv-01453-TLN-CKD.  Any dates currently set before Magistrate Judge
12 Jeremy D. Peterson are hereby VACATED.  The Clerk of the Court is to issue the Initial Pretrial
13 Scheduling Order.
14       **IT IS SO ORDERED.**
15 Dated: August 11, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE